**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RUFUS J. BROOKS, JR.                                                                        PLAINTIFF

vs.                                                                          Civil Action No. 3:06-cv-121 WS

KEVIN WILLIAM                                                                              DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION
<u>AND DISMISSING CASE</u>**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge James C. Sumner which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

This case is dismissed for failure of the plaintiff to prosecute his case.

**SO ORDERED, THIS THE 20th DAY OF NOVEMBER, 2006.**

                                                            **s/ HENRY T. WINGATE**

                                                            **CHIEF UNITED STATES DISTRICT JUDGE**